M. P. No. 76-310. John M. Walker Co., Inc. v. Raymond H. Hawksley et al. Motion of petitioner for temporary restraining order pending issuance of certiorari denied. The petition for certiorari denied. *Abedon & Visconti Ltd., Girard R.*

*Visconti,* for petitioner. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, *Seth Adam Perlmatter,* Legal Assistant, *Hersh, Leonard & Fenik, R. Gregory Leonard,* Morristown, N.J., *Francis A. Gashen,* for defendants.